FILED
2020 SEP 25 PM 1:53
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHERIE LYNN ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST AIRLINES, *et al.*, <br><br> Defendants. | **ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> Case No. 2:18-cv-00921-BSJ <br><br> District Judge Bruce S. Jenkins |

This matter came before the Court on Plaintiff's Motion for Partial Summary Judgment[1] and Defendant's Motion for Summary Judgment.[2] The Court held oral argument on September 22, 2020. Eric Stephenson appeared on behalf of Plaintiff Sherie Anderson. Meghan A. Sheridan appeared on behalf of Defendant Southwest Airlines Company.

Having considered the parties' briefs, the evidence presented, the arguments of counsel, and the relevant law, the Court hereby DENIES Plaintiff's Motion for Partial Summary Judgment and DENIES Defendants' Motion for Summary Judgment.

DATED this 25th day of September, 2020.

Bruce S. Jenkins
United States Senior District Judge

---

[1] ECF No. 36.

[2] ECF No. 41.